IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTEEN SMITH, | : | Case No. 4:13-cv-02122 |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | (Magistrate Judge Mehalchick) |
| UNITED STATES GYPSUM COMPANY, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

November 24, 2014

The undersigned has given full and independent consideration to the October 17, 2014 report and recommendation of Magistrate Judge Karoline Mehalchick (ECF No. 23). No objections or responses have been filed, so this Court has reviewed the R&R for abuse of discretion. *Cf. Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (although the court is not required to review magistrate judge's report absent objections, "the better practice is for the district judge to afford some level of review to dispositive legal issues raised by the report").

Because this Court agrees with Magistrate Judge Mehalchick's recommendation, the Court will not rehash the reasoning of the Magistrate Judge and will adopt the report and recommendation in its entirety.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. Magistrate Judge Mehalchick's report and recommendation is ADOPTED (ECF No. 23).

2. Defendants' Motion for Summary Judgment (ECF No. 15) is GRANTED as to Plaintiff's Title VII discrimination claim.

3. The Court declines to exercise supplemental jurisdiction over Plaintiff's Pennsylvania Human Relations Act claim.

4. The Clerk is directed to close the case file.

BY THE COURT:

/s Matthew W. Brann
Matthew W. Brann
United States District Judge